**Lester R. RAMER, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 10–1584.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2010.

Filed: Sept. 30, 2010.

Lester R. Ramer, Gravette, AR, pro se.

Patricia McDonald Bowman, John A. Dicicco, Bruce R. Ellisen, Laurie Snyder, U.S. Department of Justice, William Wilkins, Internal Revenue Service, Washington, DC, for Appellee.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Lester Ramer appeals the tax court's[1] adverse grant of summary judgment in this tax-deficiency action. Ramer has also filed a motion challenging the tax court's return of certain documents for noncompliance with the court's rules, and a motion to "strike" certain federal rules and statutes.

Upon careful de novo review of the tax court's summary judgment decision, see *Nestle Purina Petcare Co. v. Comm'r*, 594 F.3d 968, 970 (8th Cir.2010) (standard for reviewing tax court's summary judgment decision), *petition for cert. filed*, 78 U.S.L.W. 3653 (U.S. Apr. 30, 2010) (No. 09–1339), we conclude that the grant of summary judgment was proper for the reasons stated by the tax court, and we find no merit to any of Ramer's arguments on appeal.

Accordingly, we affirm the tax court's decision. *See* 8th Cir. R. 47B. We also deny the pending motions.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

1. The Honorable L. Paige Marvel, United States Tax Court Judge.